# EXHIBIT A

CLE - 1146361.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PASSPORT HEALTH, INC., | ) | CASE NO. 1:09-CV-767 |
| Plaintiff, | ) ) ) | JUDGE: BOYKO |
| v. | ) ) | |
| LAURIE MANDEL, *et al.*, | ) ) | **AGREED PERMANENT INJUNCTION** |
| Defendants. | ) ) ) | |

THE COURT, having considered the Parties' Joint Motion for Entry of an Agreed Permanent Injunction, hereby ORDERS as follows:

    1.    From the date hereof until June 30, 2010 (the "Prohibition Period"), none of the Defendants shall administer, or be involved in the administration of, the following vaccines within the State of Ohio: yellow fever; typhoid; Japanese Encephalitis; rabies, meningitis; or hepatitis a, b or a/b (e.g., twinrix) (the "Prohibited Vaccines"). Further, during the Prohibition Period, none of the Defendants shall directly or indirectly purchase or otherwise obtain the Prohibited Vaccines for use in Ohio.

    2.    By no later than July 1, 2009, the Defendants shall ensure that the website "asafetraveler.com" does not promote the administration or provision within the State of Ohio of the Prohibited Vaccines until the conclusion of the Prohibition Period. Further, by no later than July 1, 2009, the Defendants shall ensure that the website "asafetraveler.com" does not use the words "travel," "trip," "vacation," or any variant (e.g., "traveler") or synonym thereof in connection with any services offered to be provided within the State of Ohio until the conclusion of the Prohibition Period.

    3.    During the Prohibition Period, none of the Defendants shall directly or indirectly be involved in any efforts to promote the administration or provision within the State of Ohio of Prohibited Vaccines.

4. By no later than July 1, 2009, the Defendants shall use their best efforts to cancel all registrations of any of them and/or of any entity with which any of them is associated as a travel health clinic and/or provider of travel vaccines within the State of Ohio, and shall not take any steps to renew any such registrations before the conclusion of the Prohibition Period. Specifically, the Defendants shall use best efforts to cause the cancellation of any registrations of any of them and/or "A Safe Traveler" as a travel health services provider within the State of Ohio with Sanofi Pasteur and any federal, state or local government or administrative entity.

5. During the Prohibition Period, none of the Defendants shall directly or indirectly refer persons seeking the Prohibited Vaccines or travel health information to any other providers within the State of Ohio. The Defendants may, however, refer such persons to the CDC.gov website.

6. During the Prohibition Period, if any of the Defendants directly or indirectly receives any inquiries concerning the potential administration within the State of Ohio of the Prohibited Vaccines, they shall either not respond to such inquiries or respond that they are not involved in the administration thereof. They may refer any person making such inquiries to the CDC.gov. website.

AGREED TO BY:

| /s/ John K. Lind, Jr. | /s/ Michael J. Garvin |
|---|---|
| John K. Lind, Jr. | Michael J. Garvin |
| Attorney for Defendants | Attorney for Plaintiff Passport Health, Inc. |

ISSUED at __10:00__ o'clock on this __25__ day of June, 2009.
         a.m.

             s/Christopher A. Boyko
             JUDGE CHRISTOPHER BOYKO